HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA, a foreign insurance company,<br><br>Defendant. | NO. 2:20-cv-01169-BJR<br><br>STIPULATION AND ORDER FOR JOINDER |

## **STIPULATION**

THE PARTIES, through their attorneys of record, hereby stipulate that Skytek LLC be joined as an additional party defendant pursuant to FRCP 19(a)(1).

SO STIPULATED this 18th day of August, 2020.

| PETERSON RUSSELL KELLY LIVENGOOD, PLLC | HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S. |
|---|---|
| *s/ Kevin B. Hansen*<br>Kevin B. Hansen, WSBA #28349<br>Of Attorneys for Plaintiff | *s/ Stephen G. Leatham*<br>Stephen G. Leatham, WSBA #15572<br>Of Attorneys for Defendant The Guarantee Company of North America USA |

STIPULATION AND ORDER FOR JOINDER - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Phone: (360) 750-7547
Fax:  (360) 750-7548

**ORDER**

THIS MATTER having come before the Court on the above Stipulation of the parties, it is hereby ordered that Skytek LLC is joined as an additional party defendant.

*[signature: Barbara J. Rothstein]*

HON. BARBARA J. ROTHSTEIN

Presented by:

HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
Of Attorneys for Defendant The Guarantee Company of North America USA

Approved as to Form; Notice of Presentation Waived

PETERSON RUSSELL KELLY LIVENGOOD, PLLC

*s/ Kevin B. Hansen*
Kevin B. Hansen, WSBA #28349
Of Attorneys for Plaintiff

STIPULATION AND ORDER FOR JOINDER - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Phone: (360) 750-7547
Fax:  (360) 750-7548