HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of THYSSENKRUPP ELEVATOR CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA, a foreign insurance company; and SKYTEK LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:20-cv-01169-BJR<br><br>STIPULATION AND ORDER FOR JOINDER |

**STIPULATION**

THE PARTIES, through their attorneys of record, hereby stipulate that Federal Insurance Company be joined as a third party defendant pursuant to FRCP 19(a)(1), given that Federal Insurance Company issued subcontract performance bond number 82440444 in favor of defendant Skytek.

SO STIPULATED this 15th day of September, 2020.

//

//

STIPULATION AND ORDER
FOR JOINDER - 1

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Phone: (360) 750-7547
Fax:  (360) 750-7548

| | |
|---|---|
| PETERSON RUSSELL KELLY LIVENGOOD, PLLC | HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S. |
| *s/ Kevin B. Hansen*<br>Kevin B. Hansen, WSBA #28349<br>Of Attorneys for Plaintiff | *s/ Stephen G. Leatham*<br>Stephen G. Leatham, WSBA #15572<br>Of Attorneys for Defendants |

### ORDER

THIS MATTER having come before the Court on the above Stipulation of the parties, it is hereby ordered that Federal Insurance Company is joined as a third party defendant.

SO ORDERED this 25th day of September, 2020.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

HEURLIN, POTTER, JAHN, LEATHAM,
HOLTMANN & STOKER, P.S.

*s/ Stephen G. Leatham*
Stephen G. Leatham, WSBA #15572
Of Attorneys for Defendants

Approved as to Form; Notice of
Presentation Waived

PETERSON RUSSELL KELLY LIVENGOOD, PLLC

*s/ Kevin B. Hansen*
Kevin B. Hansen, WSBA #28349
Of Attorneys for Plaintiff

STIPULATION AND ORDER
FOR JOINDER - 2

Heurlin, Potter, Jahn, Leatham, Holtmann & Stoker, P.S.
211 E. McLoughlin Boulevard, Suite 100
Vancouver, WA 98663
Phone: (360) 750-7547
Fax:  (360) 750-7548