Kevin B. Hansen, WSBA #28349
Adria Vondra, WSBA #40883
khansen@prklaw.com
avondra@prklaw.com
PRK Livengood, PLLC
10900 NE 4th Street, Suite 1850
Bellevue, WA 98004
P: (425)462-4700

Attorneys for Plaintiff and Third-Party Defendant

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of THYSSENKRUPP ELEVATOR CORPORATION,<br><br>                                  Plaintiff,<br>vs.<br><br>THE GUARANTEE COMPANY OF NORTH AMERICA USA; SKYTEK LLC,<br><br>                                 Defendants.<br>SKYTEK LLC,<br>                            Third-Party Plaintiff,<br>vs.<br><br>FEDERAL INSURANCE COMPANY<br>                            Third-Party Defendant. | CASE NO. C20-1169-MLP<br><br>STIPULATED MOTION FOR DISMISSAL AND ORDER<br><br>NOTED FOR HEARING:<br><br>JUNE 28, 2021<br><br>(CLERK'S ACTION REQUIRED) |

## I.    STIPULATION

COME NOW, the parties to this action, by and through their attorneys of record, as evidenced by the signature of their counsel, below, and stipulate that the above-captioned action, shall be dismissed with prejudice and without an award of attorney's fees or costs to any party.

STIPULATED MOTION FOR DISMISSAL
AND ORDER - 1

Case No. C20-1169-MLP

**PRK Livengood PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
**telephone (425) 462-4700 fax (425) 451-0714**

DATED: June 29, 2021

| | |
|---|---|
| HEURLIN, POTTER, JAHN, LEATHAM, HOLTMANN & STOKER, P.S. | PRK LIVENGOOD PLLC |
| *By: /s/ Stephen G. Leatham* <br> Stephen G. Leatham, WSBA #15572 <br> 211 E. McLoufhlin Blvd, STE 100 <br> Vancouver WA 98666 <br> P: 360-750-7547 <br> E:  sgl@hpl-law.com <br> Of Attorneys for Skytek LLC and The Guarantee Company Of North America USA | *By: Kevin B. Hansen* <br> Kevin B. Hansen, WSBA No. 28349 <br> Adria Vondra, WSBA No. 40883 <br> 10900 NE 4th Street, Suite 1850 <br> Bellevue, Washington 98004 <br> Tel: (425) 462-4700 <br> E-Mail: khansen@prklaw.com <br>          avondra@prklaw.com <br> Attorneys for Plaintiff ThyssenKrupp and Third-Party Defendant Federal Insurance Company |

## II. ORDER

IT IS SO ORDERED.

Dated this 29th day of June, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION FOR DISMISSAL AND ORDER - 2

Case No. C20-1169-MLP

**PRK LIVENGOOD PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE (425) 462-4700  FAX (425) 451-0714